NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RODOLFO R. RICKETTS,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3109

---

Petition for review of the Merit Systems Protection Board in case no. NY0752110301-I-1.

---

## ON MOTION

---

## ORDER

Rodolfo R. Ricketts moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the filing of this order.

2

FOR THE COURT

**JUN 1 1 2012**
—————————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Rodolfo R. Ricketts
     Ryan Majerus, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2012

JAN HORBALY
CLERK